# ROSENBAUM & ASSOCIATES
A PROFESSIONAL CORPORATION
4 CANAAN CIRCLE
SOUTH SALEM, NEW YORK 10590

November 2, 2021

Via E-Mail (newcases@ca.2.uscourts.gov)

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    Carlos Ocampo v. 455 Hospitality LLC, et al.
               Appellate Docket No. 21-2579
               Case No.: 7:14-CV-09614-KMK-PED (S.D.N.Y.)

Dear Sir/Madam:

This firm represents Eliezer Scheiner and Teddy Lichtschein in the above referenced matter. Please be advised that defendants Eliezer Scheiner and Teddy Lichtschein will not be participating in the appeal filed by Plaintiffs on or about October 13, 2021. Thank you.

                                            Rosenbaum & Associates PC

                                            By: _____
                                                  Tara Rosenbaum

cc: Counsel of Record (via email)